UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong,"<br>(2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips,"<br>(3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po,"<br>(4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"<br>(5) SAMBATH LAY, a/k/a "G," a/k/a "Grimey,"<br>(6) MARK YIN, a/k/a "Markass,"<br>(7) CHRISTOPHER PHANN, a/k/a "Kree,"<br>(8) DARASY CHHIM, a/k/a "Mystickal," a/k/a "Rizzus,"<br>(9) SRIPHAN KEOMANY, a/k/a "C-Pon," a/k/a "C," a/k/a "Ole Man,"<br>(10) VONGNAROTH PROEUNG, a/k/a "Sunny," a/k/a "OG Duece,"<br>(11) VICTORY THORN,<br>(12) CHOMROEUN KEO, a/k/a "Shrek," a/k/a "Long Hair Shrek,"<br>(13) GAIUS MONTEYRO, a/k/a "G-Made,"<br>(14) SAMOEUN KEM, a/k/a "Crazy One," a/k/a "Crazy," a/k/a "Sam,"<br>(15) RICHARD SAM, a/k/a "Lil Stomper," a/k/a "Boy,"<br><br>Defendants | Criminal No.  21cr10183<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Heroin, 500 Grams or More of Cocaine, Cocaine Base, 40 Grams or More of Fentanyl, 500 Grams or More of Methamphetamine, and MDMA<br>(21 U.S.C. § 846)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Dealing in Counterfeit Obligations and Securities; Aiding and Abetting<br>(18 U.S.C. §§ 473 and 2)<br><br>Count Four: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Money Laundering Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(1)) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Heroin, 500 Grams or More of Cocaine, Cocaine Base, 40 Grams or More of Fentanyl,
500 Grams or More of Methamphetamine, and MDMA
(21 U.S.C. § 846)

1

The Grand Jury charges:

From a date unknown but no later than February 2019, through in or about June 2021, in Lowell, Burlington, Woburn, Billerica, Tewksbury, and Dracut, in the District of Massachusetts, the District of New Hampshire, the Western District of Virginia, the Central District of California, the Southern District of California, and elsewhere, the defendants,

(1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong,"
(2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips,"
(3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po,"
(4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"
(5) SAMBATH LAY, a/k/a "G," a/k/a "Grimey,"
(6) MARK YIN, a/k/a "Markass,"
(7) CHRISTOPHER PHANN, a/k/a "Kree,"
(8) DARASY CHHIM, a/k/a "Mystickal," a/k/a "Rizzus,"
(9) SRIPHAN KEOMANY, a/k/a "C-Pon," a/k/a "C," a/k/a "Ole Man,"
(10) VONGNAROTH PROEUNG, a/k/a "Sunny," a/k/a "OG Duece,"
(11) VICTORY THORN,
(12) CHOMROEUN KEO, a/k/a "Shrek," a/k/a "Long Hair Shrek," and
(13) GAIUS MONTEYRO, a/k/a "G-Made,"

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance; and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.   Accordingly, Title 21, United States Code, Sections 841(b)(1)(B)(ii), 841(b)(1)(B)(vi) and 841(b)(1)(A)(viii) are applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong."   Accordingly, Title 21, United States Code, Sections 841(b)(1)(B)(ii) and 841(b)(1)(A)(viii) are applicable to defendant (1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong."

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips," and (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po."   Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to defendant (2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips," and (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda

Po."

It is further alleged that, with respect to Count One, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to defendant SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching."

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury further charges:

From a date unknown but no later than February 2019, through in or about June 2021, in

Lowell, Burlington, Woburn, Billerica, Tewksbury, and Dracut in the District of Massachusetts,

and elsewhere, the defendants,

(1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a
"Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong,"
(4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"
(5) SAMBATH LAY, a/k/a "G," a/k/a "Grimey,"
(6) MARK YIN, a/k/a "Markass,"
(7) CHRISTOPHER PHANN, a/k/a "Kree,"
(10) VONGNAROTH PROEUNG, a/k/a "Sunny," a/k/a "OG Duece,"
(11) VICTORY THORN, and
(12) CHOMROEUN KEO, a/k/a "Shrek," a/k/a "Long Hair Shrek,"

conspired with each other and with others known and unknown to the Grand Jury

(a) to conduct and attempt to conduct financial transactions, to wit, electronic money

transfers and shipments of United States currency, knowing that the property involved

in such transactions represented the proceeds of some form of unlawful activity, and

which in fact involved the proceeds of specified unlawful activity, that is, distribution

and possession with intent to distribute controlled substances, in violation of 21 U.S.C.

§ 841(a)(1), with the intent to promote the carrying on of the specified unlawful

activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b) to conduct and attempt to conduct financial transactions, to wit, electronic money

transfers and shipments of United States currency, knowing that the property involved

in such transactions represented the proceeds of some form of unlawful activity, and

which in fact involved the proceeds of specified unlawful activity, that is, distribution

5

and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), and knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

<u>COUNT THREE</u>
Dealing in Counterfeit Obligations or Securities; Aiding and Abetting
(18 U.S.C. §§ 473 and 2)

The Grand Jury further charges:

On or about August 26, 2019, in Cambridge and Waltham, in the District of Massachusetts,

the District of New Hampshire, and elsewhere, the defendants,

      (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po," and
      (4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"

did buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited and altered

obligations and securities of the United States, to wit: $100,000 in counterfeit United States

currency, with the intent that the same be passed, published and used as true and genuine.

All in violation of Title 18, United States Code, Sections 473 and 2.

## COUNT FOUR
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury further charges:

From on or about January 14, 2021 through in or about June 2021, in Boston, Woburn, Springfield, Burlington, and Everett, in the District of Massachusetts, the Southern District of Florida, the Northern District of New York, the District of New Hampshire, and elsewhere, the defendants,

    (2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips,"
    (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po,"
    (14) SAMOEUN KEM, a/k/a "Crazy One," a/k/a "Crazy," a/k/a "Sam," and
    (15) RICHARD SAM, a/k/a "Lil Stomper," a/k/a "Boy,"

conspired with each other and with others known and unknown to the Grand Jury to conduct and attempt to conduct financial transactions involving property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, that is, distribution and possession with to distribute controlled substances, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

All in violation of Title 18, United States Code, Section 1956(h).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

    1.    Upon conviction of the offense in violation of Title 21, United States Code, Section

846, set forth in Count One, the defendants,

> (1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a
> "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong,"
> (2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips,"
> (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po,"
> (4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"
> (5) SAMBATH LAY, a/k/a "G," a/k/a "Grimey,"
> (6) MARK YIN, a/k/a "Markass,"
> (7) CHRISTOPHER PHANN, a/k/a "Kree,"
> (8) DARASY CHHIM, a/k/a "Mystickal," a/k/a "Rizzus,"
> (9) SRIPHAN KEOMANY, a/k/a "C-Pon," a/k/a "C," a/k/a "Ole Man,"
> (10) VONGNAROTH PROEUNG, a/k/a "Sunny," a/k/a "OG Duece,"
> (11) VICTORY THORN,
> (12) CHOMROEUN KEO, a/k/a "Shrek," a/k/a "Long Hair Shrek," and
> (13) GAIUS MONTEYRO, a/k/a "G-Made,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offense; and any property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, such offense.   The property to be forfeited includes, but is not

limited to, the following asset(s):

> a.  1995 Mitsubishi 3000GT registered to SARATH YUT, bearing Massachusetts
> registration 4KW991 and vehicle identification number
> JA3AW75KXSY829327;
>
> b.  All funds on deposit at Jeanne D'Arc Credit Union, account number
> ******8185, held in the name of SARATH YUT;
>
> c.  All funds on deposit at Jeanne D'Arc Credit Union, account number
> ******9765, held in the name of SARATH YUT;

d.   All funds on deposit at Bank of America, account number ********9439, held in the name of SARATH YUT; and

e.   All funds on deposit at Robinhood, account number *****3613, held in the name of SARATH YUT.

2.   If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## MONEY LAUNDERING FORFEITURE ALLEGATION
### (18 U.S.C. § 982(a)(1))

The Grand Jury further finds:

      3.     Upon conviction of one or more of the offenses in violation of Title 18, United

States Code, Section 1956(h), set forth in Counts Two and Four, the defendants,

> (1) SARATH YUT, a/k/a "Black," a/k/a "Khmao," a/k/a "Asian Warrior," a/k/a "Ceasar," a/k/a "Jason Chan," a/k/a "S. Kong,"
> (2) VIRAK PRUM, a/k/a "Polo," a/k/a "Capo," a/k/a "Lips,"
> (3) PEOUVEASNAH PIN, a/k/a "Poe," a/k/a "Panda Po,"
> (4) SAMBO BUTH, a/k/a "Chewy," a/k/a "Ching,"
> (5) SAMBATH LAY, a/k/a "G," a/k/a "Grimey,"
> (6) MARK YIN, a/k/a "Markass,"
> (7) CHRISTOPHER PHANN, a/k/a "Kree,"
> (10) VONGNAROTH PROEUNG, a/k/a "Sunny," a/k/a "OG Duece,"
> (11) VICTORY THORN,
> (12) CHOMROEUN KEO, a/k/a "Shrek," a/k/a "Long Hair Shrek,"
> (14) SAMOEUN KEM, a/k/a "Crazy One," a/k/a "Crazy," a/k/a "Sam," and
> (15) RICHARD SAM, a/k/a "Lil Stomper," a/k/a "Boy,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1),

any property, real or personal, involved in such offenses, and any property traceable to such

property. The property to be forfeited includes, but is not limited to, the following:

> a. 1995 Mitsubishi 3000GT registered to SARATH YUT, bearing Massachusetts registration 4KW991 and vehicle identification number JA3AW75KXSY829327;
>
> b. All funds on deposit at Jeanne D'Arc Credit Union, account number ******8185, held in the name of SARATH YUT;
>
> c. All funds on deposit at Jeanne D'Arc Credit Union, account number ******9765, held in the name of SARATH YUT;
>
> d. All funds on deposit at Bank of America, account number ********9439, held in the name of SARATH YUT; and
>
> e. All funds on deposit at Robinhood, account number *****3613, held in the name of SARATH YUT..

11

4.     If any of the property described in Paragraph 3, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendants --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

FOREPERSON

TIMOTHY E. MORAN
FRED M. WYSHAK, III
ALEXANDRA AMRHEIN
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 9, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK        at 1:16 PM

13