| | A | B |
|---|---|---|
| 1 | Warrant Issued Date | Case number |
| 2 | 9/11/2019 | 19-MJ-1264-DLC |
| 3 | 10/4/2019 | 19-MJ-6437-MPK |
| 4 | 10/10/2019 | 19-MJ-1269-DLC |
| 5 | 10/10/2019 | 19-MJ-1270-DLC |
| 6 | 11/25/2019 | 19-MJ-1426-DLC |
| 7 | 11/25/2019 | 19-MJ-1427-DLC |
| 8 | 12/20/2019 | 19-MJ-1456-DLC |
| 9 | 12/20/2019 | 19-MJ-1457-DLC |
| 10 | 1/6/2020 | 20-MJ-1000-DLC |
| 11 | 1/31/2020 | 20-MJ-1011-DLC |
| 12 | 2/5/2020 | 20-MJ-1012-DLC |
| 13 | 2/5/2020 | 20-MJ-1013-DLC |
| 14 | 2/5/2020 | 20-MJ-1014-DLC |
| 15 | 2/5/2020 | 20-MJ-1015-DLC |
| 16 | 3/2/2020 | 20-MJ-7019-JCB |
| 17 | 5/1/2020 | 20-MJ-1050-DLC |
| 18 | 5/4/2020 | 20-MJ-1051-DLC |
| 19 | 5/4/2020 | 20-MJ-1052-DLC |
| 20 | 5/4/2020 | 20-MJ-1053-DLC |
| 21 | 5/4/2020 | 20-MJ-1054-DLC |
| 22 | 5/4/2020 | 20-MJ-1055-DLC |
| 23 | 8/10/2020 | 20-MJ-1297-DLC |
| 24 | 8/10/2020 | 20-MJ-1298-DLC |
| 25 | 8/10/2020 | 20-MJ-1358-DLC |
| 26 | 8/13/2020 | 20-MJ-1359-DLC |
| 27 | 8/28/2020 | 20-MJ-1364-DLC |
| 28 | 8/28/2020 | 20-MJ-1365-DLC |
| 29 | 8/28/2020 | 20-MJ-1366-DLC |
| 30 | 12/17/2020 | 20-MJ-1490-DLC |
| 31 | 12/17/2020 | 20-MJ-1491-DLC |
| 32 | 12/17/2020 | 20-MJ-1492-DLC |
| 33 | 12/17/2020 | 20-MJ-1493-DLC |
| 34 | 4/9/2021 | 21-MJ-1211-DLC |
| 35 | 4/9/2021 | 21-MJ-1212-DLC |
| 36 | 5/26/2021 | 21-MJ-1234-DLC |
| 37 | 5/26/2021 | 21-MJ-1235-DLC |