UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 21-10183-WGY

SAMOEUN KEM

MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT SUCCESSOR COUNSEL

Samoeun Kem, by his attorney, moves that this Court permit undersigned counsel to withdraw and that successor counsel be appointed.

Mr. Kem has expressed that there exists a total breakdown in the attorney client relationship, that he has no confidence in and cannot properly communicate with undersigned counsel.

Mr. Kem is indigent and entitled to appointed counsel.

SAMOEUN KEM
By his attorney,

*Elliot M. Weinstein*

Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been served on all parties via ECF system.

*Elliot M. Weinstein*